UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MARGARET WATSON, KENMAR BUTLER, and
RUBENZ DEUS,

           Plaintiffs,

- against –

THE CITY OF NEW YORK, and SERGEANT ROBERT
HENDERSON, SERGEANT AVIS WASHINGTON,
POLICE OFFICER ADAM WRIGHT, POLICE OFFICER
JEROME TEAHAN, POLICE OFFICER GARRETT
GORHAM, POLICE OFFICER GERBER FERNANDEZ,
POLICE OFFICER MOHAMMED HABIB, and
"JOHN/JANE DOES #1-10" believed to be members of
the NEW YORK CITY POLICE DEPARTMENT,
           Defendants.

**STIPULATION AND ORDER OF SETTLEMENT OF ATTORNEYS FEES**

07 CV 1917 (ARR)(RER)

------------------------------------------------------------ x

**WHEREAS,** plaintiffs Margaret Watson, Kenmar Butler, and Rubenz Deus commenced this action on or about May 9, 2007, alleging that Defendants the City of New York and New York City Police Sergeants Robert Henderson and Avis Washington, New York City Police Officers Adam Wright, Jerome Teahan, Garrett Gorham, Gerber Fernandez and Mohammed Habib violated plaintiffs' federal civil and state common law rights, causing him, *inter alia*, loss of liberty and physical sickness, pain and suffering; and

**WHEREAS,** pursuant to two Judgments filed on August 12, 2008 and by Stipulation and Order filed December 30, 2008, all issues, aside from attorney fees and costs, asserted in this lawsuit maintained by plaintiffs were settled and resolved; and

WHEREAS, Plaintiffs have asserted a claim for attorney fees and expenses accrued by their attorneys, Reibman & Weiner, in representing plaintiffs and defendants have denied any and all liability arising out of Plaintiffs' claim for fees and expenses; and

WHEREAS, the parties now desire to resolve the issues raised by the Plaintiffs' claim for fees, without further proceedings and without admitting any fault or liability; and

WHEREAS, Plaintiffs have agreed to settle this matter on the terms set forth below;

WHEREAS, Plaintiffs have authorized their counsel to settle this matter on the terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiffs' claim for fees and expenses in this action is hereby dismissed with prejudice except as provided for below.

2. The City of New York hereby agrees to pay Reibman & Weiner the sum of **Seventy Three Thousand Five Hundred Dollars ($73,500.00)** in full satisfaction of all claims for attorneys' fees, expenses, and costs, up to the date of the execution of this Stipulation. In consideration for the payment of this total sum, Plaintiffs agree to the dismissal of all claims for fees, expenses and costs against the City of New York and New York City Police Sergeants Robert Henderson and Avis Washington, New York City Police Officers Adam Wright, Jerome Teahan, Garrett Gorham, Gerber Fernandez and Mohammed Habib, and to release all defendants and any present or former employees or agents of the City of New York from any

and all liability, claims, or rights of action that have or could have been alleged by Plaintiffs for any attorneys' fees, expenses, and costs in this action arising out of the events alleged in the complaint in this action.

3. Plaintiff Watson shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto regarding fees, costs and expenses, and no oral agreement entered into at any time nor any written agreement concerning fees, costs and expenses entered into prior to the execution of this

Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       February _____ 2009

REIBMAN & WEINER
Counsel to Plaintiffs Margaret Watson,
Kenmar Butler and Rubenz Deus
26 Court Street., Suite 1005
Brooklyn, N.Y. 11242
(718) 522-1743

By: _____
Michael Lumer, Esq. (ML-1947)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants the City Of New York
and New York City Police Sergeants Robert
Henderson and Avis Washington, New York
City Police Officers Adam Wright, Jerome
Teahan, Garrett Gorham, Gerber Fernandez
and Mohammed Habib
100 Church Street
New York, New York 10007
(212) 788-1894

By: _____
David Pollack
Assistant Corporation Counsel

**SO ORDERED:**

_____
Honorable Allyne R. Ross
United States District Judge